IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MICHAEL A. DAVIS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No. 5:08cv00189 SWW/JTK |
| | * | |
| | * | |
| | * | |
| RAY HOBBS, Interim Director, | * | |
| Arkansas Department of Correction, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The motion [doc.#18] of petitioner Michael A. Davis for a 30 day extension of time in which to file objections and Statement of Necessity to the Proposed Findings and Recommendations [doc.#16] of Magistrate Judge Jerome T. Kearney is hereby granted. Petitioner's objections and Statement of Necessity to the Proposed Findings and Recommendations of Magistrate Judge Kearney must be filed on or before July 8, 2010.

IT IS SO ORDERED this 8th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE