IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. DAVIS                                                      PETITIONER

vs.            Civil Case No. 5:08-CV-00189-SWW-JTK

RAY HOBBS,[1] Interim Director,
Arkansas Department of Correction                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a _de novo_ review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.[2] Judgment shall be entered accordingly.

SO ORDERED this 15th day of June 2010.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Substituted for former Director Larry Norris pursuant to Fed.R.Civ.P. 25(d).

[2] The typographical errors to which petitioner refers in his objections do not affect the Magistrate Judge's ultimate conclusions.