IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. DAVIS                                                    PETITIONER

vs.             Civil Case No. 5:08-CV-00189-SWW-JTK

RAY HOBBS,[1] Interim Director,
Arkansas Department of Correction                                   RESPONDENT

### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 15th day of June 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Substituted for former Director Larry Norris pursuant to Fed.R.Civ.P. 25(d).